# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/16/2021
```

April 6, 2021

**By ECF**

Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    **Re:**    *United States v. Gerald Rodriguez, et al.*, **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

    We represent defendant Gerald Rodriguez in the above-referenced case. I write with the consent of the government to respectfully request one (1) change to the original terms of Mr. Rodriguez's bail. In lieu of one financially responsible person, the conditions agreed to will be a suretor for moral suasion. All other original terms of bail remain as imposed. Additionally, we respectfully request that the time to meet these requirements be extended to April 16, 2021.

    Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:    AUSA Matthew Shahabian (By ECF)

---

**Granted. SO ORDERED.**  Meet the new requirement by April 23, 2021.

Date: April 16, 2021  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge