UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

Gerald Rodriguez         ,
                  Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

  21  -CR-  225  (MKV)

Defendant __Gerald Rodriguez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

  ___   Initial Appearance/Appointment of Counsel

  _X_   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

  ___   Preliminary Hearing on Felony Complaint

  ___   Bail/Revocation/Detention Hearing

  _X_   Status and/or Scheduling Conference

  ___   Misdemeanor Plea/Trial/Sentence

*Gerald Rodriguez* By, James Roth, Esq.
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Gerald Rodriguez**
Print Defendant's Name

*James Roth*
Defense Counsel's Signature

**James Roth**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/19/21
Date

*Mary Kay Vyskocil*
U.S. District Judge/U.S. Magistrate Judge